THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOYIN ALONGE, Appellant. [971 NYS2d 64]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 29, 2010 (*People v Alonge*, 74 AD3d 1354 [2010]), affirming a judgment of the Supreme Court, Kings County, rendered October 1, 2007.

Ordered that the application is denied.

The appellant failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Balkin, Austin and Roman, JJ., concur.